

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00767-CV

**IN THE INTEREST OF G.D., A.V.D., AND E.D.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-04150
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On December 27, 2019, this court dismissed this appeal for want of prosecution. On January 11, 2020, Appellant timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that Appellee file a response to Appellant's motion. *See id.* R. 49.2.

If Appellee chooses to file a response, Appellee must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

It is so **ORDERED** on January 14, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT